NUMBER 13-00-174-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


JESSE MONROE RIGGS , Appellant,


v.



OWENS-CORNING FIBERGLAS CORP., ET AL. , Appellees.

____________________________________________________________________


On appeal from the 15th District Court

of Grayson County, Texas.

____________________________________________________________________



O P I N I O N



Before Chief Justice Valdez and Justices Dorsey and Hill (1)

Opinion Per Curiam



Appellant, JESSE MONROE RIGGS , perfected an appeal from a judgment entered by the 15th District Court of Grayson
County, Texas, in cause number 96-1294 . After the record and briefs were filed and after the cause was set for submission
and oral argument, appellant filed an unopposed motion to dismiss the appeal. In the motion, appellant states that he no
longer wishes to prosecute this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 28th day of February, 2002 .

1. Senior Justice John Hill assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to Tex. Gov't
Code Ann. §74.003 (Vernon 1998).